**Electronically Filed
Supreme Court
SCWC-19-0000533
16-AUG-2022
08:00 AM
Dkt. 3 ODAC**

SCWC-19-0000533

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

COREY L. ULGARAN, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000533; CASE NO. 1DTC-18-018477)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Corey L. Ulgaran's

Application for Writ of Certiorari filed on July 8, 2022 is

hereby rejected.

DATED: Honolulu, Hawai'i, August 16, 2022.

/s/  Mark E. Recktenwald

/s/  Paula A. Nakayama

/s/  Sabrina S. McKenna

/s/  Michael D. Wilson

/s/  Todd W. Eddins

